FILED

12/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0410

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 20-0410

MIGUEL GARDIPEE,

Petitioner,

v.

JAMES SALMONSEN, Acting Warden,

Respondent.

**ORDER**

Upon consideration of Respondent's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Respondent is granted an extension of time to and including February 14, 2021, within which to prepare, serve, and file his response.

**DM**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 9 2020